IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PASQUALE NIGRO,

    Petitioner,                      No. CIV S-11-3411 LKK CKD P

    vs.

GROUNDS,                                   ORDER AND

    Respondent.               FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on April 5, 2005, and was denied on the merits on January 21,

\\\\\

\\\\\

1

1  2009.  See Nigro v. Evans, Civil Action No. 2:05-cv-0712 GEB CHS.[1]  Before petitioner can
2  proceed with the instant application he must move in the United States Court of Appeals for the
3  Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C.
4  § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its
5  refiling upon obtaining authorization from the United States Court of Appeals for the Ninth
6  Circuit.

7  Accordingly, IT IS HEREBY ORDERED that the motion to proceed in forma
8  pauperis (Docket No. 2) is granted.

9  IT IS RECOMMENDED that this action be dismissed without prejudice.

10  These findings and recommendations are submitted to the United States District
11  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
12  one days after being served with these findings and recommendations, petitioner may file written
13  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
14  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
15  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
16  F.2d 1153 (9th Cir. 1991).

Dated: April 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
nigr3411.successive

---

[1] Petitioner originally filed his first application for habeas relief in the Northern District of California.  That court transferred the case here on April 12, 2005.

2